UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLISON LENDING LLC,

             Plaintiff,

- against -

CROTON DEVELOPMENT LLC, et al.,

             Defendants.

**ORDER**

24-CV-7956 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff initiated this action by filing a complaint on October 18, 2024 against Croton Development LLC and Vasel Balbona (together, "Defendants"). (Doc. 1). Defendant Croton Development LLC was served on October 24, 2024, and Defendant Balbona was served on December 17, 2024. (Doc. 9; Doc. 10). On January 8, 2025, Clerk's Certificates of Default were entered as to Defendants. (Doc. 15; Doc. 16). There has been no activity on the docket since the Clerk's Certificates of Default were entered.

By March 20, 2025, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment against Defendants.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
       February 18, 2025

_____
PHILIP M. HALPERN
United States District Judge