UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ALLISON LENDING LLC,                                                    7:24-cv-07956-PMH
                      Plaintiff,

                                                                               ORDER TO SHOW CAUSE
                -against-                                                        FOR DEFAULT JUDGMENT
                                                                                 OF FORECLOSURE AND SALE

CROTON DEVELOPMENT LLC,
VASEL BALBONA
                      Defendant(s).
-------------------------------------------------------X
HALPERN, U.S.D.J.:

       Upon the annexed supporting Affirmation of Alan H. Weinreb, Esq., dated March 19, 2025, and upon consideration of Plaintiff's request for Entry of Judgment by Default and exhibits annexed thereto, it is hereby:

       ORDERED, that the Defendants show cause before the Honorable Philip M. Halpern in Courtroom _____ of the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601, or telephonically by calling _____ on _____, 2025 at _____ o'clock, or as soon thereafter as counsel may be heard, why an order should not be issued entering a judgment of foreclosure and sale on behalf of Plaintiff against Defendants Croton Development LLC and Vasel Balbona for failure to answer or otherwise move with respect to the Complaint herein;

       ORDERED, that objections to the relief requested herein or answering papers, if any, shall be served upon Margolin, Weinreb & Nierer, LLP, attn.: Alan H. Weinreb, Esq., 575 Underhill Blvd., Suite 224, Syosset, NY 11791, by the ____ day of _____, 2025; and it is further;

       ORDERED, that service of a copy of this Order and supporting papers made upon Defendants at the address they were served with the Summons and Complaint by First Class Mail

on or before the _____ day of _____, 2025, shall be deemed good and sufficient service.

Dated: White Plains, New York
_____, 2025

SO ORDERED:

_____
The Honorable Philip M. Halpern, U.S.D.J.