UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ALLISON LENDING LLC,                                           7:24-cv-07956-PMH

                Plaintiff,

                                                   ORDER TO SHOW CAUSE
       -against-                                                 FOR DEFAULT JUDGMENT
                                                     OF FORECLOSURE AND SALE

CROTON DEVELOPMENT LLC,
VASEL BALBONA

                Defendant(s).
------------------------------------------------------X

HALPERN, U.S.D.J.:

       Upon the annexed supporting Affirmation of Alan H. Weinreb, Esq., dated March 19, 2025, and upon consideration of Plaintiff's request for Entry of Judgment by Default and exhibits annexed thereto, it is hereby:

       ORDERED, that the Defendants show cause before the Honorable Philip M. Halpern in Courtroom  520  of the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601, ~~or telephonically by calling~~ on April 25, 2025 on submission only; no appearances ~~on _____, 2025 at _____ o'clock, or as soon thereafter as counsel may be heard~~, why an order should not be issued entering a judgment of foreclosure and sale on behalf of Plaintiff against Defendants Croton Development LLC and Vasel Balbona for failure to answer or otherwise move with respect to the Complaint herein;

       ORDERED, that objections to the relief requested herein or answering papers, if any, shall be served upon Margolin, Weinreb & Nierer, LLP, attn.: Alan H. Weinreb, Esq., 575 Underhill Blvd., Suite 224, Syosset, NY 11791, by the ____ day of _____, 2025; and it is further;

       ORDERED, that service of a copy of this Order and supporting papers made upon Defendants at the address they were served with the Summons and Complaint by First Class Mail



ORDERED, that on or before April 4, 2025 Plaintiff shall serve a copy of this Order, and the documents upon which it is based, upon Croton Development LLC, by Federal Express at its last known address and by serving copies of the foregoing upon Croton Development LLC by way of the Office of the Secretary of State of the State of New York; and upon the Individual Defendant Vasel Balbona by personal service at his last known address; and it is further

ORDERED, that Plaintiff shall file proof of such service by April 11, 2025; and it is further

ORDERED, that Defendants Croton Development LLC and Vasel Balbona shall serve and file opposing papers, if any, on or before April 25, 2025.

Dated: White Plains, New York
March 21, 2025

_____
PHILIP M. HALPERN
United States District Judge