**BANK OF AMERICA** 

P.O. Box 15284
Wilmington, DE 19850

BEVERAGE INVESTMENT HOLDING COMPANY
1275 FAIRHILLS DR
OSSINING, NY 10562-1225

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Fundamentals™ Banking
# Preferred Rewards for Bus Platinum

for December 1, 2024 to December 31, 2024                    Account number: 4831 0555 0247

| 12/05/24 | WIRE TYPE:WIRE OUT DATE:241205 TIME:1242 ET TRN:2024120500428781 SERVICE REF:013295 BNF:ALLISON LENDING LLC ID:5500034219 BNF BK:FIELD POINT PRIVATE BANK ID:021172784 PMT DET:524544674 | -38,000.00 |