PAUL RACHMUTH LAW OFFICE, PLLC
265 SUNRISE HIGHWAY, STE. 1515
ROCKVILLE CENTRE, NEW YORK 11570
TELEPHONE: (516) 330-0170   FACSIMILE: (516) 543-0516   PAUL@PARESQ.COM

May 1, 2025

Via ECF

Hon. Philip M. Halpern, United States District Judge
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601,

Re:   Allison Lending LLC v. Croton Development LLC, *at ano.* – 24-cv-07956-PMH

Dear Judge Halpern:

We are in receipt of plaintiff's counsel's April 30, 2025 letter-request for an extension of time to reply to defendant's opposition in connection with the pending Order to Show Cause. I was unavailable yesterday but write to inform the Court that defendants do not oppose plaintiff's request.

Thank you for your attention to this matter.

Respectfully submitted,

Paul Rachmuth
