

## MARGOLIN, WEINREB & NIERER, LLP

C. LANCE MARGOLIN, ESQ.

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>          May 1, 2025

Via ECF
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: <u>Allison Lending LLC v. Croton Development LLC, et al., Docket No. 7:24-cv-07956-PMH</u>

Dear Judge Halpern:

     We represent Plaintiff Allison Lending LLC in the above-referenced foreclosure action. Pursuant to the Court's April 28, 2025 Order (ECF No. 27), Plaintiff's reply in further support of its Order to Show Cause for a Default Judgment of Foreclosure and Sale (ECF Nos. 18–21) is currently due by May 2, 2025 at 5:00 p.m.

     We respectfully request an extension of this deadline to May 17, 2025, as I will be traveling internationally beginning tomorrow, May 1, 2025, and will not return until May 10, 2025. In addition, given the factual assertions raised in Defendants' recently filed opposition (ECF No. 26)—including a declaration and proposed answer—Plaintiff requires additional time to prepare a meaningful reply.

     This is Plaintiff's first request for an extension of this deadline. The request is made in good faith and not for the purpose of delay. We have contacted counsel for Defendants to request consent, but we have not yet received a response.

     We thank the Court for its consideration of our request.

                                  Respectfully Submitted,

                                  */s/ Alan H. Weinreb*
                                  Alan H. Weinreb, Esq.

cc: Paul A. Rachmuth, Esq., attorney for Defendants (via ECF)

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

575 UNDERHILL BLVD, STE.224    SYOSSET, NEW YORK 11791    T. (516) 921-3838    F. (516) 921-3824    WWW.NYFCLAW.COM