UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ALLISON LENDING LLC,                                    7:24-cv-07956-PMH
                                 Plaintiff,

                -against-

CROTON DEVELOPMENT LLC,
VASEL BALBONA,
                                 Defendant(s).
------------------------------------------------------X

**ATTORNEY DECLARATION IN FURTHER SUPPORT OF ORDER TO SHOW
CAUSE FOR A DEFAULT JUDGMENT OF FORECLOSURE AND SALE**

     I, ALAN H. WEINREB, declare as follows:

1.     I am a partner of Margolin, Weinreb & Nierer, LLP, attorneys for the Plaintiff Allison Lending LLC ("Plaintiff"), and I am fully familiar with all the pleadings and proceedings heretofore had herein.

2.     I submit this declaration in further support of Plaintiff's Order to Show Cause for Default Judgment of Foreclosure and Sale.

3.     Annexed hereto as Exhibit "A" is a true and correct copy of a public inmate record from the Westchester County Jail Inmate Search showing that Defendant Vasel Balbona was booked on January 16, 2025, and remains in custody as of the date of this filing.

4.     Annexed hereto as Exhibit "B" is a true and correct copy of the public NYS Department of Corrections and Community Supervision (DOCCS) inmate lookup result reflecting that Balbona was released from state custody on November 2, 2023.

5.     These records are submitted to rebut the assertion in Defendant's opposition that he was hospitalized or otherwise unavailable to be personally served on December 17, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Syosset, New York
       May 16, 2025

                    MARGOLIN, WEINREB &
                    NIERER, LLP

               By: */s/ Alan H. Weinreb*
                    Alan H. Weinreb, Esq.
                    Attorneys for Plaintiff
                    575 Underhill Blvd., Suite 224
                    Syosset, NY 11791
                    (516) 945-6055
                    alan@nyfclaw.com

# Exhibit "A"

# Westchester Inmate Public

Back  Search

## JID #:190473

| NAME (Last Name, First Name) | BIRTH DATE | ALIAS |
|---|---|---|
| BALBONA, VASEL | 01/01/1963 | |

| BOOKING # | CUSTODY STATUS | BOOKING DATE | NEXT COURT DATE |
|---|---|---|---|
| 2025000129 | ACTIVE-IN | 01/16/2025 | 06/12/2025 |

Back  Search

Copyright©2018, Westchestergov.com. All rights reserved.

No portion of this Web site may be copied in any form such as placing links to refer this Web site, using software robots to gather/cache/index information and alike.

Commercial use of this search information is prohibited. The information shall not be distributed by the user of this search in any form.

For additional information, contact the Westchester County Department of Correction at (914) 231-1000.

System response times may vary depending on network traffic.

# Exhibit "B"

**Department of Corrections and Community Supervision**

Find an offender → Incarcerated Lookup

## Incarcerated Lookup

[Start a New Search](#)

[< Back to Search Results](#)

# BALBONA, VASEL

**DIN:** 23R0335

| | | |
|---|---|---|
| **Race/Ethnicity:** | **Date of Birth:** | **(age):** |
| WHITE | 01/01/1963 | 62 years old |
| **Custody Status:** | RELEASED | |
| **Housing / Releasing Facility:** | COLLINS | |
| **County of Commitment:** | WESTCHESTER | |
| **Date Received (original):** | 02/09/2023 | |
| **Date Received (current):** | 02/09/2023 | |
| **Admission Type:** | | |
| **Latest Release Date / Type (Released Only):** | 11/02/23 PAROLE DIV OF PAROLE | |

**Crimes of Conviction:**   If all crime fields below contain data, there may be additional crimes not shown here. The crimes shown here are those with the longest sentences as of 05/16/2025)

| Crime | Class |
|---|---|
| AGG DWI:2 PRIOR CONV-10 YRS | D |
| | |
| | |
| | |

## Sentence Terms and Release Dates

Under certain circumstances, an incarcerated may be released prior to serving their minimum term and before the earliest release date shown for the individual. As of 05/16/2025:

| | |
|---|---|
| **Aggregate Minimum Sentence** | 2 Years, 0 Months, 0 Days |
| **Aggregate Maximum Sentence** | 6 Years, 0 Months, 0 Days |
| **Earliest Release Date** | |
| **Earliest Release Type** | |
| **Parole Interview Date** | 01/2024 |
| **Parole Interview Type** | APPROVED OPEN DATE/6 MO AFT INIT APPEAR |

**Parole Eligibility Date**                                   11/04/2023
**Conditional Release Date**                                  11/04/2025
**Maximum Expiration Date**                                   08/04/2026
**Maximum Expiration Date for Parole Supervision**
**Post Release Supervision Maximum Expiration Date**
**Parole Board Discharge Date**

Information Data Definitions are provided for most of the elements listed above.

**Department of Corrections and Community Supervision**          Accessibility    Contact    Disclaimer

Language Access    Privacy Policy                                f    🐦    ▶    in    📷