**M W N**

C. LA

On June 18, 2025, the Court received notice that Defendant Vasel Balbona filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York on May 29, 2025. (Doc. 34); *see Vasel Balbona*, 25-bk-22474 (Bankr. S.D.N.Y.). The Court, in light of this notice, vacates the June 16, 2025 Order (Doc. 32) and Judgment of Foreclosure and Sale (Doc. 33).

The Clerk of Court is respectfully directed to (1) vacate Doc. 32 and Doc. 33; and (2) re-open this action.

Plaintiff, by July 21, 2025, and every 30-days thereafter, shall file a letter via ECF not to exceed five pages advising the Court about the status of the bankruptcy proceeding.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
         June 20, 2025

Via ECF
The Honorable Phil
United States Distri
Southern District of
300 Quarropas Stre
White Plains, New

Re: Allison Lending

Dear Judge Halpern

We represent Plaintiff Allison Lending LLC in the above-referenced foreclosure action. We write to advise the Court that on May 29, 2025, Defendant Vasel Balbona filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York, under Case No. 25-22474-cgm.

Our office was advised of the bankruptcy filing for the first time yesterday, June 17, 2025, by counsel for Defendants—after the Court had entered the Judgment of Foreclosure and Sale in this matter.

As a result of the bankruptcy filing, this action was automatically stayed pursuant to 11 U.S.C. § 362. Because the petition was filed prior to the entry of judgment, the Judgment of Foreclosure and Sale entered on June 16, 2025 is void. Plaintiff is in the process of evaluating whether to seek relief from the automatic stay in the Bankruptcy Court.

We will continue to keep the Court apprised of any material developments.

Respectfully Submitted,

*/s/ Alan H. Weinreb*
Alan H. Weinreb, Esq.

cc: Paul A. Rachmuth, Esq., attorney for Defendants (via ECF)

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.