UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ALLISON LENDING LLC,                                    7:24-cv-07956-PMH

                              Plaintiff,

            -against-

CROTON DEVELOPMENT LLC,
VASEL BALBONA,

                              Defendant(s).
-------------------------------------------------------X

## STIPULATION OF SETTLEMENT

This Stipulation of Settlement ("Stipulation") is made and entered into by and between

Plaintiff Allison Lending LLC ("Plaintiff") and Defendants Croton Development LLC and Vasel

Balbona (together, "Defendants"), by and through their respective counsel, as follows:

**WHEREAS**, this action was commenced by Plaintiff on October 18, 2024, seeking to

foreclose a mortgage encumbering the real property known as 280 Croton Avenue, Cortlandt Manor,

New York 10567 (the "Property");

**WHEREAS**, Defendant Vasel Balbona filed a voluntary petition for relief under Chapter 13

of the Bankruptcy Code on May 29, 2025, in the United States Bankruptcy Court for the Southern

District of New York under Case No. 25-22474-cgm, resulting in the automatic stay of this action

and the vacatur of the Judgment of Foreclosure and Sale by Order of the District Court dated June 20,

2025;

**WHEREAS**, the parties have agreed to resolve this matter by Plaintiff accepting a discounted

payoff of the mortgage loan on the terms set forth below;

1. **Settlement Amount**: Defendants shall pay to Plaintiff the total sum of Three Hundred Thirty-
   Five Thousand Dollars ($335,000.00) (the "Settlement Amount") in full satisfaction of the
   Note and Mortgage that are the subject of this action, as well as any and all claims Plaintiff
   may have against Defendants arising from the loan.

2. **Payment Deadline**: The Settlement Amount shall be paid in full by July 18, 2025, by wire transfer of immediately available funds in accordance with Plaintiff's wire instructions.

3. **Release and Satisfaction**: Upon timely receipt and clearance of the Settlement Amount, Plaintiff shall:

   a. File a Stipulation of Discontinuance with prejudice in this action; and

   b. Provide a Satisfaction of Mortgage to Defendants' counsel within 30 days.

4. **No Deficiency**: Plaintiff agrees that no deficiency judgment will be sought against Defendants, and the Settlement Amount shall be deemed to fully satisfy the indebtedness under the loan.

5. **No Admissions**: This Stipulation is entered into solely for the purpose of settlement and compromise. It is not, and shall not be construed as, an admission of liability or wrongdoing by either party.

6. **Enforceability**: This Stipulation may be enforced by motion in the U.S. District Court for the Southern District of New York, or any other court of competent jurisdiction. The parties consent to the Court's continued jurisdiction for the limited purpose of enforcement.

7. **Entire Agreement**: This Stipulation contains the entire agreement between the parties. No oral representations or prior written agreements shall have any force or effect.

8. **Counterparts**: This Stipulation may be signed in counterparts and exchanged by email or electronic means, and all such counterparts shall constitute one and the same agreement.

**SO STIPULATED AND AGREED:**

Dated: July 9, 2025

**MARGOLIN, WEINREB & NIERER, LLP**
Attorneys for Plaintiff Allison Lending LLC

By:    *Alan H. Weinreb*
　　　Alan H. Weinreb, Esq.

**PAUL A. RACHMUTH, ESQ.**
Attorneys for Defendants Croton
Development LLC and Vasel Balbona

By:    *Paul A. Rachmuth*
　　　Paul A. Rachmuth, Esq.