

## MARGOLIN, WEINREB & NIERER, LLP

C. LANCE MARGOLIN, ESQ.    ALAN WEINREB, ESQ.    CYNT...

December 8, 2025

> Application granted.
>
> SO ORDERED.
>
> _(signature)_
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         December 9, 2025

Via ECF
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: <u>Allison Lending LLC v. Croton Development LLC, et al., Docket No. 7:24-cv-07956-PMH</u>

Dear Judge Halpern:

    We represent Plaintiff Allison Lending LLC in the above-referenced mortgage foreclosure action. Pursuant to the Court's July 29, 2025 Order administratively closing the case with leave to reopen by December 8, 2025 (ECF No. 41), we write to provide a brief status update and to respectfully request an extension of the administrative closure period.

    As previously reported, Plaintiff and Defendants entered into a forbearance agreement under which Defendants acknowledged their prior default and agreed to cure it through a structured repayment plan, including a down payment, monthly interest-only payments, and a final balloon payment due by November 30, 2025.

    Plaintiff has offered Defendants a 90-day extension of the forbearance agreement term, which would extend the balloon payment deadline until March 2026. Defendants have until December 9, 2025 to execute the extension agreement.

    Accordingly, Plaintiff respectfully requests that the Court extend the administrative closure period and the leave-to-reopen deadline through March 13, 2026, to allow sufficient time for performance under the extended agreement. Plaintiff will promptly move to reopen the case should further relief become necessary.

    We thank the Court for its consideration.

                                            Respectfully Submitted,

                                            _/s/ Alan H. Weinreb_
                                            Alan H. Weinreb, Esq.

cc: Paul A. Rachmuth, Esq., attorney for Defendants (via ECF)

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

575 UNDERHILL BLVD, STE.224    SYOSSET, NEW YORK 11791    T. (516) 921-3838    F. (516) 921-3824    WWW.NYFCLAW.COM