

# MARGOLIN, WEINREB & NIERER, LLP

C. LANCE MARGOLIN, ESQ.    ALAN WEINREB, ESQ.    CYNTHIA A. NIERER, ESQ.

Application granted.

SO ORDERED/

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
March 16, 2026

March 13, 2026

Via ECF
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Allison Lending LLC v. Croton Development LLC, et al., Docket No. 7:24-cv-07956-PMH

Dear Judge Halpern:

We represent Plaintiff Allison Lending LLC in the above-referenced mortgage foreclosure action. Pursuant to the Court's July 29, 2025 Order administratively closing the case with leave to reopen (ECF No. 41), as extended by the Court's December 9, 2025 Memo Endorsement (ECF No. 43), Plaintiff respectfully submits this status update and requests a short extension of the leave-to-reopen deadline.

As previously reported, the parties entered into a forbearance agreement under which Defendants agreed to cure their default through a structured repayment plan culminating in a final balloon payment. The parties subsequently entered into an extension agreement providing that the loan matures on March 15, 2026, subject to a five-day grace period.

Because the maturity date and grace period will not expire until later this month, Plaintiff respectfully requests that the Court extend the deadline for Plaintiff to move to reopen the case until March 31, 2026, to allow sufficient time to confirm whether Defendants satisfy the final payment obligation. Plaintiff will promptly advise the Court and, if necessary, move to reopen the case should Defendants fail to perform.

We thank the Court for its consideration.

Respectfully Submitted,

*/s/ Alan H. Weinreb*
Alan H. Weinreb, Esq.

cc: all parties to be noticed (via ECF)

WE ARE A DEBT COLLECTOR DOAND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

575 UNDERHILL BLVD, STE.224    SYOSSET, NEW YORK 11791    T. (516) 921-3838    F. (516) 921-3824    WWW.NYFCLAW.COM