# M W N

## MARGOLIN, WEINREB & NIERER, LLP

C. LANCE MARGOLIN, ESQ.     ALAN WEINREB, ESQ.     CYNTHIA A. NIERER, ESQ.

April 8, 2026

Via ECF
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Allison Lending LLC v. Croton Development LLC, et al., Docket No. 7:24-cv-07956-PMH

Dear Judge Halpern:

We represent Plaintiff Allison Lending LLC in the above-referenced mortgage foreclosure action. In light of the Court's Order reopening this action (Dkt. No. 48), Plaintiff respectfully submits this status letter pursuant to the Court's directive.

As previously reported, the parties entered into a forbearance agreement, which was subsequently extended, pursuant to which Defendants were required to satisfy the outstanding loan balance by mid-March 2026, subject to a brief grace period. Defendants failed to remit the required payment and are in default under the terms of that agreement.

Due to Defendants' default, Plaintiff intends to proceed with this action and renew its request for a judgment of foreclosure and sale. Plaintiff previously obtained such relief, but the judgment was vacated due to Defendant Balbona's bankruptcy filing. With the bankruptcy dismissed and Defendants now in default, Plaintiff will proceed with submitting an updated application for a default judgment of foreclosure and sale, by order to show cause.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ Alan H. Weinreb
Alan H. Weinreb, Esq.

cc: All counsel of record (via ECF)

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

575 UNDERHILL BLVD, STE.224     SYOSSET, NEW YORK 11791     T. (516) 921-3838     F. (516) 921-3824     WWW.NYFCLAW.COM