Paykin Law

Phone: 212-858-9112
Fax: 212-858-9177
lorenzo@paykinlaw.net
www.paykinlaw.net

45 Rockefeller Plaza, 20th Floor, New York, NY 10111 (n
99 Tulip Avenue, Suite 408, Floral Park, NY 11001 (direc

To the extent Defendants seek relief from the Court, that application is denied. Defendants should contact the referee or Plaintiff's counsel to reschedule or cancel the foreclosure sale.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 60.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
September 22, 2026

September 21, 2026

**VIA ECF**
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**LETTER-MOTION TO CANCEL FORECLOSURE SALE**

Re: *Allison Lending LLC v. Croton Development LLC et al.*
Index No. **7:24-cv-07956-PMH**

Dear Judge Halpern,

We represent Defendants Croton Development LLC and Vasel Balbona in the above-referenced foreclosure action.

We respectfully submit this letter motion to advise the Court that the required payoff has been wired and to request that the Court direct cancellation of the scheduled foreclosure sale.

A copy of the wire transfer confirmation is attached hereto for the Court's reference.

The foreclosure sale is scheduled to proceed tomorrow, September 22, 2026, at 4:00 p.m. In light of the payment, and given the time-sensitive nature of the scheduled sale, we respectfully request that the Court direct that the sale be cancelled and/or that no foreclosure sale proceed on September 22, 2026 at 4:00 p.m.

We have advised Plaintiff's counsel and Carl Finger, Esq., the Referee designated for the auction, of the same. However, it appears that both Plaintiff's counsel and the Referee are out of the office today.

Accordingly, Court intervention is respectfully requested to ensure that no sale proceeds notwithstanding the payment.

We thank the Court for its attention to this time-sensitive matter.

Respectfully Yours,

Lorenzo Rovini, Esq.

cc: All counsel of record
Carl Finger, Esq., Referee (carl@fingerandfinger.com)

# Wire Transfer Services

## Outgoing Wire Transfer Request

WELLS FARGO

| | | | |
|---|---|---|---|
| Today's Date: 09/21/2026 | | | Wells Fargo Reference Number: FW00661462643999947 |
| Banker Name: POWELL, TEVIN T | | | Officer/Portfolio Number: A6076 |
| Banker Phone: 321/984-5314 | Branch Number: 10984 | Banker AU: 0066146 | Banker MAC: Z0151-010 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN")

### Originator's Information

| | | | | |
|---|---|---|---|---|
| Authorized Party Name: VINU R PATEL | | | Street Address: 150 LANSING ISLAND DR | |
| Primary ID Type: PINV WS | Primary ID Description: PIN Validation | | Address Line 2: | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: NONE | Primary ID Expiration Date: NONE | Address Line 3: | |
| Secondary ID Type: DLIC | Secondary ID Description: P203-942-22-500-0 | | City: INDIAN HARBOUR BEACH | State: FL |
| Secondary ID State/Country: FL | Secondary ID Issue Date: 09/04/2020 | Secondary ID Expiration Date: 11/10/2028 | ZIP/Postal Code: 329375353 | Country: |
| Home Phone: | | | Business Phone: 321/432-4535 | |

Originator Name: MV 51 INVESTMENTS, LLC

### Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0066146 | $384,939.97 | [redacted]9027 | 00287 |

### Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| | |
|---|---|
| Beneficiary/Recipient Name: FCI Payoff and Transfer Trust Accou | Name/Address Line 1: 8180 E. Kaiser Blvd. |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): [redacted]2968 | Name/Address Line 2: |
| Purpose of Funds: Prop. Ad. 280 Croton Ave, satisfy loan no 9160087046 by MV51Investment | Name/Address Line 3: Anaheim Hills, FL, US |
| Additional Instructions: For Croton Development LLC, Vinu Patel phone. 3214324535 | Beneficiary Phone Number: |

Customer Copy